Plaintiff,                          CAUSE NO. DC-97-024(B)
vs.                                 AMENDED JUDGMENT
RAYMOND L. EVERT,                   AND COMMITMENT
Defendant.

On September 4, 1997, the defendant was sentenced to sixty-five (65) years in the Montana State Prison, with fifteen (15) years suspended, for the offense Sexual Assault, a felony. The Defendant is ineligible for parole until he completes all phases of the prison's sex offender treatment program offered at the Montana State Prison.

On August 2, 2007, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

The Defendant having been duly informed of the amended judgment and commitment, and having waived his right to appear before the undersigned for this pronouncement of sentence, whereupon,

IT IS ORDERED, ADJUDGED AND DECREED that the sentence shall be amended to sixty (60) years in the Montana State Prison, with thirty-five (35) years suspended. The conditions shall remain as imposed in the September 4, 1997 *Judgment*.

DATED this 4th day of September, 2007.

Hon. Ray Dayton, District Court Judge

STATE OF MONTANA,
Plaintiff,                          CAUSE NO. DC-06-17
vs.                                 DECISION
HARRY E. FISHER,
Defendant,

On March 14, 2007, the defendant was sentenced as follows: <u>Counts I, II & III</u>: Twenty (20) years in the Montana State Prison, with ten (10) years suspended on each count, to be served concurrently to each other, for the offenses of <u>Counts I, II & II</u>: Incest, felonies. The Defendant shall not be eligible for parole consideration until he successfully completes Phase I and Phase II of the Montana State Prison sex offender treatment program. This would include the Intensive Treatment Unit.

On August 2, 2007, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was advised of his right to be represented by counsel. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed at this time without an attorney present. Chairman, Hon. Randal Spaulding informed the defendant that the counsel of record, Ben Krakowka, would be notified by the Sentence Review Division to appear and represent him at his sentence review hearing.

Therefore, it is the decision of the Sentence Review Division that the application for review of sentence shall be continued to November 2, 2007.

Done in open Court this 2nd day of August, 2007.

DATED this 14th day of August, 2007.

Chairperson, Hon. Randal I. Spaulding, Member, Hon. Katherine Irigoin and Member, Hon. Stewart Stadler.